UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FRANCES COOMBE,

                                     Plaintiff,                                      23-CV-10994

        -against-

                                                                                **ORDER**

MUSE MANAGEMENT, INC., et al,

                                     Defendants.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

      The parties are directed to meet and confer to discuss the matters set fort in Rule 26(f) of the Federal Rules of Civil Procedure. Parties are also directed to complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by no later than **April 2, 2024.** Counsel who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute.

      **SO ORDERED.**

DATED:     New York, New York
                 March 14, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge