UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FRANCES COOMBE,

                                Plaintiff,                      **23-CV-10994-VF**

         -against-                                 **INITIAL CASE MANAGEMENT PLAN ORDER**

MUSE MANAGEMENT, INC., et al,

                                Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      The parties are directed to meet and confer to discuss the matters set forth in Rule 26(f) of the Federal Rules of Civil Procedure. The parties are also directed to complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by no later than **Thursday, October 24, 2024.** Parties who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute.

      SO ORDERED.

DATED:    New York, New York
               October 3, 2024

                                                                                    _____
                                                                                   VALERIE FIGUEREDO
                                                                                   United States Magistrate Judge