UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FRANCES COOMBE,

                         Plaintiff,                          23-CV-10994-VF

-against-

                                            **ORDER**

MUSE MANAGEMENT, INC., et al,

                        Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      For the reasons stated at today's conference, the letter motion at ECF No. 37 is resolved.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 37.

      **SO ORDERED.**

DATED:    New York, New York
              October 29, 2024

                                                         _____
                                                         VALERIE FIGUEREDO
                                                         United States Magistrate Judge