**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
FRANCES COOMBE,

                                Plaintiff,                                    **23-CV-10994-VF**

       -against-

                                                                     **ORDER**

MUSE MANAGEMENT, INC., et al,

                                Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      The parties' are directed to file a joint status update as to the status of discovery on or before **Friday, December 6, 2024**.

      **SO ORDERED.**

DATED:    New York, New York
                 November 22, 2024

                                                              _____
                                                              VALERIE FIGUEREDO
                                                              United States Magistrate Judge