UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FRANCES COOMBE,

                           Plaintiff,

      -against-

MUSE MANAGEMENT, INC., et al,

                           Defendants.
------------------------------------------------------------------X

**23-CV-10994-VF**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge**

At ECF No. 45, Plaintiff moves to compel a deposition under Federal Rule of Civil Procedure 30(b)(6) of Defendant Muse Management, Inc. This issue was previously discussed at a conference held on October 29, 2024, at which the Court indicated that Plaintiff was entitled to such a deposition and the parties were directed to meet and confer about the topics to be addressed at the deposition, so that Defendant can identify an appropriate individual to testify to those topics. See ECF No. 46 at 29-31.

For the reasons indicated at the conference, the letter motion to compel a Rule 30(b)(6) deposition is **GRANTED**. Fact discovery is hereby extended until **January 31, 2025**, to permit Plaintiff time to take the 30(b)(6) deposition. The deadline for expert discovery is extended to **March 31, 2025**. The parties are directed to submit a joint status update on or before **January 31, 2025**. The Clerk of Court is directed to terminate the letter motion at ECF No. 45.

     **SO ORDERED.**

DATED:    New York, New York
             December 11, 2024

                                                               _____
                                                               VALERIE FIGUEREDO
                                                               United States Magistrate Judge