**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
FRANCES COOMBE,

                          Plaintiff,

        -against-

MUSE MANAGEMENT, INC., et al,

                         Defendants.
-----------------------------------------------------------------X

**23-CV-10994 (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge**

      The parties are directed to file a joint status update as to the status of discovery by **June 13, 2025.**

      SO ORDERED.

DATED:    New York, New York
                June 5, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge