**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
FRANCES COOMBE,

                            Plaintiff,

       -against-

MUSE MANAGEMENT, INC., et al,

                          Defendants.
-----------------------------------------------------------------X

**23-CV-10994 (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge**

      At ECF No. 58, the parties reported that all discovery has been completed. Any opening brief seeking summary judgment should be filed by no later than **Tuesday, September 2, 2025.**

      **SO ORDERED.**

DATED:    New York, New York
                June 16, 2025

                                                        _____
                                                         VALERIE FIGUEREDO
                                                        United States Magistrate Judge