**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

FRANCES COOMBE,

Plaintiff,

-against-

MUSE MANAGEMENT, INC.,

Defendant.

-----------------------------------------------------------------X

**23-CV-10994-VF**

**ORDER SCHEDULING BRIEFING**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The Court hereby orders the following briefing schedule for the parties' motions in limine: the parties are directed to file opposition briefs by **Wednesday, September 30, 2026**, and replies by **Tuesday, October 14, 2026**.

**SO ORDERED.**

DATED: September 9, 2026
New York, New York

VALERIE FIGUEREDO
United States Magistrate Judge