**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
FRANCES COOMBE,

Plaintiff,

-against-

MUSE MANAGEMENT, INC., et al,

Defendants.
---------------------------------------------------------------X

**23-CV-10994 (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge**

The parties are hereby notified that the trial in this case is rescheduled and will commence on **January 12, 2027**. The parties are directed to refer to the final pretrial order at ECF No. 80 for the relevant deadlines for motions in limine and other pretrial filings. The final pretrial conference in this case remains scheduled for **November 2, 2026**. See ECF No. 80 at 2.

**SO ORDERED.**

DATED: New York, New York
September 14, 2026

VALERIE FIGUEREDO
United States Magistrate Judge