**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**-----------------------------------------------------------------X**

**FRANCES COOMBE,**

**Plaintiff,**

**-against-**

**MUSE MANAGEMENT, INC., et al.,**

**Defendants.**

**-----------------------------------------------------------------X**

**23-CV-10994 (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The Final Pretrial Conference is hereby rescheduled to **Tuesday, December 15, 2026, at 10:00 a.m.** The Final Pretrial Conference will be held **in-person** in Courtroom 17-A, 500 Pearl Street, New York, New York.

**SO ORDERED.**

DATED: New York, New York
October 21, 2026

VALERIE FIGUEREDO
United States Magistrate Judge